SHAW VALENZA LLP
D. Gregory Valenza, Bar No. 161250
gvalenza@shawvalenza.com
Amy K. Lee, Bar No. 244542
alee@shawvalenza.com
300 Montgomery Street, Suite 788
San Francisco, California 94104
Telephone:    (415) 983-5960
Facsimile:    (415) 983-5963

Attorneys for Defendants
Kindred Healthcare Operating, Inc. and Care Center of Rossmoor, LLC dba Kindred Transitional Care and Rehabilitation - Walnut Creek

Jeremy Pasternak, Bar No. 181618
Anthony Oceguera, Bar No. 259117
LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
445 Bush Street, Sixth Floor
San Francisco, California 94108
Telephone:    (415) 693-0300
Facsimile:    (415) 693-0393

Attorneys for Plaintiff Laura Fowler

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA FOWLER,<br><br>          Plaintiff,<br>v.<br><br>KINDRED HEALTHCARE OPERATING, INC., a Delaware Corporation; KINDRED HEALTHCARE OPERATING, INC., a Delaware Corporation doing business as CARE CENTER OF ROSSMOOR; CARE CENTER OF ROSSMOOR; a business entity, form unknown; and Does 1 - 20,<br><br>          Defendants. | Case No.  CV 11-04600 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br>**[N.D. Cal. L. R. 7-12; 16-2(e)]**<br><br>Magistrate Judge Elizabeth D. Laporte<br>Courtroom: E |

1    Plaintiff LAURA FOWLER ("Plaintiff") and Defendants KINDRED HEALTHCARE
2  OPERATING, INC. and CARE CENTER OF ROSSMOOR, LLC DBA KINDRED
3  TRANSITIONAL CARE AND REHABILITATION - WALNUT CREEK ("Defendants"), by
4  and between their respective attorneys of record, hereby stipulate as follows:

5    1.    Lead trial counsel, D. Gregory Valenza, Esq., is scheduled to begin a jury trial in
6  Sacramento County Superior Court on JANUARY 3, 2012. The trial already has commenced
7  (motions in limine have been decided, the courtroom is reserved, etc.), so this date is a firm trial
8  date.

9    2.    This Court's Order Setting Initial Case Management Conference and ADR
10 Deadlines scheduled the Initial Case Management Conference on JANUARY 3, 2012.

11   3.    The Standing Order re Case Management Conference of Courtroom E requires the
12 lead trial counsel to attend the case management conference.

13   4.    A brief continuance of the Initial Case Management Conference to either
14 FEBRUARY 7 or 21, 2012 is necessary because lead trial counsel, D. Gregory Valenza, will not
15 be able to attend the scheduled case management conference as he is scheduled to begin trial on
16 the same date.

17   5.    Pursuant to Local Rules 7-12 and 16-2(e), the parties agree to a continuance of the
18 Initial Case Management Conference to either FEBRUARY 7 or 21, 2012, or as soon thereafter
19 as compatible with this Court's case management calendar.

20   6.    Pursuant to this Court's Order Setting Initial Case Management Conference and
21 ADR Deadlines, all other deadlines, including Initial Disclosures and Joint Case Management
22 Statement, will be continued accordingly.

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

SO STIPULATED:

Dated: December 7, 2011

Respectfully submitted,

SHAW VALENZA LLP

By: s/D. Gregory Valenza
    D. Gregory Valenza
    Amy K. Lee
    Attorneys for Defendants
    Kindred Healthcare Operating, Inc. and
    Care Center of Rossmoor, LLC dba
    Kindred Transitional Care and
    Rehabilitation - Walnut Creek

Dated: December 7, 2011

Respectfully submitted,

LAW OFFICES OF JEREMY PASTERNAK

By: s/Anthony Oceguera
    Jeremy Pasternak
    Anthony Oceguera
    Attorneys for Plaintiff
    Laura Fowler

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE

1 **ORDER**

2     Pursuant to the parties' Stipulation, and GOOD CAUSE APPEARING therefore:

3     IT IS HEREBY ORDERED that the Initial Case Management Conference in this matter

4 be and is hereby CONTINUED to ___February 7___, 2012, at 10:00 a.m.

5     IT IS FURTHER ORDERED that all deadlines, including those for Initial Disclosures and

6 Joint Case Management Statement, are continued accordingly.

8 DATED: ___December 7___ 2011

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Elizabeth D. Laporte — Judge Elizabeth D. Laporte]

SHAW VALENZA LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE